ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
Email: gsloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT SHINDELBOWER and CONSUELO SHINDELBOWER,<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>Defendants. | No. 3:12-cv-05324-JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MOVE THE DATE OF THE CASE MANAGEMENT CONFERENCE<br><br>Hon. Judge Jeffrey S. White<br>Courtroom 11 - 19th Floor |

This matter was originally filed in San Francisco Superior Court on September 11, 2012. On October 16, 2012, defendant United Technologies Corporation removed this case to the United States District Court, Northern District of California (Doc. 1). This matter was reassigned to the Hon. Judge Jeffrey S. White on November 8, 2012, upon the recusal of Judge Susan Illston (Doc. 19).

According to the subsequent Order Setting the Case Management Conference, the Case Management Conference is set to go forward on February 15, 2013 (Doc. 20).

On January 30, 2013, the Hon. Judge Eduardo C. Robreno issued a Conditional Transfer Order to have the Clerk initiate the procedures to have this case transferred to the Eastern District of Pennsylvania for consolidation into MDL 875 (E.D. Pa. Doc. 1). On January 30, 2013, the United States Judicial Panel on Multidistrict Litigation issued Conditional Transfer Order 540 to

have this case transferred to the Eastern District of Pennsylvania (E.D. Pa. Doc. 3). The Order is conditional for seven days to provide parties with an opportunity to object to the transfer of the case. *Id.* As of this time, no party has objected to the transfer of this matter to the Eastern District of Pennsylvania.

Because this case will soon be transferred to the Eastern District of Pennsylvania, and to preserve judicial resources, the Case Management Conference presently set for February 15, 2013, should be continued for 60 days to provide time for the transfer of this case be completed.

For good cause shown, IT IS ORDERED that the Case Management Conference present set for February 15, 2013, shall be continued to April ~~16~~ 19, 2013.

Dated: February 6, 2013

*[signature: Jeffrey S. White]*
Judge of the U.S. District Court
Northern District of California