UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO SHINDELBOWER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05324-CRB   (JSC)<br><br>**ORDER RE: AUGUST 5, 2014 SETTLEMENT**<br><br>Re: Dkt. No. 47 |

　　Plaintiff's request to continue the August 5, 2014 settlement conference is GRANTED in part. The settlement conference is vacated as to defendant General Electric; however, it shall go forward at 9:30 a.m. on August 5, 2014 as to defendant Honeywell unless the parties advise the Court in advance that the claims against Honeywell have been resolved.  Further, Plaintiff is excused from appearing in person.

　　**IT IS SO ORDERED.**

Dated: August 2, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge