**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUELO SHINDELBOWER as Successor In Interest to ROBERT SHINDELBOWER,<br><br>          Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>          Defendants.. | No. 3:12-cv-05324-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENUINE PARTS COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENUINE PARTS COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: September 29, 2014        By: _____
                                                   Charles R. Breyer
                                                   United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENUINE PARTS COMPANY

**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555