BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO SHINDELBOWER as Successor In Interest to ROBERT SHINDELBOWER<br><br>Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>Defendants. | No. 3:12-cv-05324-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant HONEYWELL INTERNATIONAL, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 25, 2014         By: _____
                                    Charles R. Breyer
                                    United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL, INC.