UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONSUELO SHINDELBOWER, et al.,

Plaintiffs.

v.

CSK AUTO, INC., et al.,

Defendants.

Case No.  12-cv-05324-CRB   (JSC)

**ORDER RE: SETTLEMENT STATUS**

This action has been referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.  Plaintiff is directed to file a confidential settlement status statement on or before January 9, 2015 with Judge Corley.  The statement shall identify the remaining defendants, that is, all defendants that have not formally been dismissed from the action, and the status of Plaintiff's claims against them and any settlement negotiations.  Plaintiff shall also advise as to whether an in-person settlement conference would be helpful and, if so, when.  The statement shall be served on all remaining defendants and submitted in accordance with the Court's rules for submitting settlement conference statements.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge