BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSUELO SHINDELBOWER as Successor In Interest to ROBERT SHINDELBOWER,<br><br>    Plaintiff,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Defendants.. | No. 3:12-cv-05324-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CSK AUTO, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CSK AUTO, INC. are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 18, 2014         By: _____
                                                    Charles R. Breyer
                                                    United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT CSK AUTO, INC.