UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO SHINDELBOWER,<br><br>    Plaintiff,<br><br>    v.<br><br>HAWKER BEECHCRAFT, et al.,<br><br>    Defendants. | Case No.  C12-5324 CRB  (JSC)<br><br>**ORDER TO PLAINTIFFS FOR STATUS REPORT** |

At the time of the remand of this action to the Northern District of California from the MDL, Hawker Beechcraft was still a defendant. *See* Dkt. No. 40 at 4.  The case was stayed against Hawker Beechcraft because of its bankruptcy; however, Plaintiffs indicated they intended to move for relief from stay.  (Dkt. No. 47.)  Hawker Beechcraft has not appeared in this remanded action. Accordingly, on or before **July 22, 2016**, Plaintiffs shall notify the Court of the status of their claims against Hawker Beechcraft and thus whether this action may be closed.

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge