**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO SHINDELBOWER as Successor In Interest to ROBERT SHINDELBOWER<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>Defendants. | No. 3:12-cv-05324-CRB<br><br>**ORDER GRANTING PLAINTIFFS' DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**IT IS SO ORDERED**. All claims in this Federal case are hereby dismissed, without prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: July 26, 2016          By: _____
                                Charles R. Breyer
                                United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE